JS-6

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-3172
   Facsimile: (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 11-03668 RSWL (MRWx) |
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE** |
| vs. | |
| THREE LIVE FIJI BANDED IGUANAS AND ALL OFFSPRING THEREOF, | |
| Defendants. | |

    This action was filed on April 28, 2011 against defendants Three Live Fiji Banded Iguanas and All Offspring Thereof. Notice was given and published in accordance with law. On June 3, 2011, Jereme Lee James ("James") filed a claim to the defendants Three Live Fiji Banded Iguanas and All Offspring Thereof (hereinafter "defendants"), which claim James later

1

withdrew on June 16, 2011.  No other parties have appeared in this case and the time for filing such statements of interest and answers has expired.  Plaintiff United States of America and James have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

 1. This Court has jurisdiction over the parties and the subject matter of this action.

 2. Notice of this action has been given in accordance with law.  All potential claimants to the defendants Three Live Fiji Banded Iguanas and All Offspring Thereof other than James are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

 3. The United States of America shall have judgment as to defendants Three Live Fiji Banded Iguanas and All Offspring Thereof and no other person or entity shall have any right, title or interest therein.  The United States Fish and Wildlife Service is ordered to dispose of said assets in accordance with law.

 4. James hereby releases the United States of America, its agencies, agents, and officers, including employees, officers and agents of the United States Fish and Wildlife Service, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities

1  arising out of or related to the seizure of the defendants or
2  the prosecution of this action, including, without limitation,
3  any claim for attorney's fees, costs or interest which may be
4  asserted on behalf of James, whether pursuant to 28 U.S.C. §
5  2465 or otherwise.
6      5.   The court finds that there was reasonable cause for
7  the seizure of the defendants and institution of these
8  proceedings and the parties hereto shall bear their own
9  attorney's fees and costs.  This judgment shall be construed as
10 a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: September 30, 2011        _RONALD S.W. LEW_____
                                 HONORABLE RONALD S.W. LEW
                                 SENIOR, U.S. DISTRICT COURT JUDGE

**Approved as to form and content:**

DATED: September _, 2011   ANDRÉ BIROTTE JR.
                           United States Attorney
                           ROBERT E. DUGDALE
                           Assistant United States Attorney
                           Chief, Criminal Division
                           STEVEN R. WELK
                           Assistant United States Attorney
                           Chief, Asset Forfeiture Section

                                 /S/
                           _____
                           KATHARINE SCHONBACHLER
                           Assistant United States Attorney
                           Attorneys for Plaintiff
                           United States of America

DATED: September _, 2011   RANDOLPH & ASSOCIATES

                                 /S/
                           _____
                           DONALD C. RANDOLPH, ESQ.
                           ANN-MARISSA COOK, ESQ.
                           Attorney for JEREME LEE JAMES